# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2804
LT Case No. 16-2023-DR-004340-DV

_____

JACK SMINKEY,

Appellant,

v.

DANIEL REYNOLDS,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robin E. Lanigan, Judge.

Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, for
Appellant.

Joshua H. Roberts, and Wesley Martinez, of Holland & Knight
LLP, Jacksonville, for Appellee.

August 11, 2026

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____